### Henry Boughton vs. George Lockwood.

*Motion by defendant for judgment as in case of non-suit.*—The defendant has his papers entitled in the cause with the plaintiff's name *Henry* Boughton. The plaintiff has his entitled *Harvey* Boughton. plaintiff's attorney swears that the only cause pending against George

Lockwood, in which he is attorney, is the one in favor of *Harvey* Boughton.

S. P. Nash, *Defts Counsel.*          Paddock & Cooke, *Defts Attys.*

R. J. Hilton, *Plffs Counsel.*          A. Becker, *Plffs Atty.*

*Per Curiam.*—Defendant's papers appear to be entitled wrong.

*Decision.*—Motion denied with costs, without prejudice.